06-CR-00255-ORD

JUDGE ROBART

FILED ENTERED
LODGED RECEIVED

SEP 27 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ABDIRASHID ABDI, ) <br> ) <br> Defendant. ) <br> ) | NO. CR06-255JLR <br><br> ORDER MODIFYING BOND |

This matter having come before the Court on the motion of defendant Abdirashid Abdi for an order modifying the Appearance Bond entered in this matter on July 31, 2006, seeking to modify the bond by eliminating the Electronic Home Monitoring condition, the Court having considered the motion and the declaration of defense counsel and otherwise begin fully informed in this matter, the Court finds that modification of the Appearance Bond as requested is appropriate and would be in the interest of justice; now, therefore,

ORDER MODIFYING BOND
CR06-255JLR(ABDI) - 1

Michael G. Martin
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805

IT IS HEREBY ORDERED that defendant Abdi's Motion For Order Modifying Bond is granted. The conditions of release entered on July 31, 2006 are modified by striking the requirement that the defendant be subject to Electronic Home Monitoring. All other conditions of release previously set remain in effect.

DONE this 27 day of September, 2006.

Mary Alice Theiler,
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
Michael G. Martin, WSBA #11508
Attorney for Defendant
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800
Fax (206) 624-2805
Email: michaelm@sidlon.com

ORDER MODIFYING BOND
CR06-255JLR(ABDI) - 2

Michael G. Martin
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805